UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 14-10232
_____

District Court Docket No.
1:12-cv-03503-WSD

ROBERT KOPPERUD,

                    Plaintiff - Appellee,

versus

DEXTER MABRY,
in his individual capacity,

                    Defendant – Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 28, 2014
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 08/27/2014

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 27, 2014

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 14-10232-DD
Case Style: Robert Kopperud v. Dexter Mabry
District Court Docket No: 1:12-cv-03503-WSD

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gloria M. Powell
Phone #: (404) 335-6184

Enclosure(s)

MDT-1 Letter Issuing Mandate