IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **Robert KOPPERUD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION** |
| | ) | **FILE NO.: 12-CV-3503** |
| **Dexter MABRY** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

## MOTION FOR EXTENSION OF PRETRIAL ORDER

The Defendant, through counsel, hereby requests that the Court extend by ten (10) days the deadline for filing the Defendant's Pre-Trial order and the consolidated Pre-Trial order in this case. In support of this request, counsel for the Defendant states as follows:

1.

Good cause exists by which to grant the motion for extension to file pretrial orders.

2.

Due to financial constraints of the Defendant, Counsel for the Defendant has recently received all depositions associated to this case and needs more time to review them in preparation of the Pre-Trial order. Counsel for the Defendant requests this extension so the Pre-Trial order is accurate and represents all pertinent information needed for the defense of the Defendant

3.

At this time, there are no motions that need to be filed.

4.

Counsel for the plaintiff, MARIO WILLIAMS, consents to the Court's granting of counsel for the Defendant's motion for the extension of pretrial order.

5.

WHEREFORE, Defendant prays that his **Motion for Extension of Pretrial Order** be granted and any period of delay resulting from a continuance granted by the Judge at the request of counsel for the Defendant and that the granting of such continuance will not in any way impact the ends of justice served by taking such action outweighing the best interest of the public and the Defendant in a speedy trial.

This 8th day of September 2015.

　　　　　　　　　　　　　　　　　　__S/Clarence Johnson_____
　　　　　　　　　　　　　　　　　　CLARENCE R. JOHNSON, JR.
　　　　　　　　　　　　　　　　　　Georgia Bar No.: 392870
　　　　　　　　　　　　　　　　　　Attorney for Defendant: Dexter Mabry

**CLARENCE R. JOHNSON, JR., P.C.**
325 Edgewood Avenue, S.E.
Atlanta, Georgia 30312
(404) 477-0646
(404) 477-0693 facsimile
Clarence.johnson@cjrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **Robert KOPPERUD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO.: 12-CV-3503 |
| **Dexter MABRY** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion for Extension of Pretrial Order** was served upon:

**Mario Williams, Esq.**
**Williams Oinonen, L.L.C.**
**44 Broad Street NW, Suite 200**
**Atlanta, Georgia 30303**

This 8th day of September 2015.

                                                  S/Clarence Johnson_____
                                                CLARENCE R. JOHNSON, JR.
                                                Georgia Bar No.: 392870
                                                Attorney for Defendant: Dexter Mabry

**CLARENCE R. JOHNSON, JR., P.C.**
325 Edgewood Avenue, S.E.
Atlanta, Georgia 30312
(404) 477-0646
(404) 477-0693 facsimile
Clarence.johnson@cjrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **Robert KOPPERUD,**       ) | |
| ) | |
| **Plaintiff,**       ) | |
| ) | |
| **v.**       ) | CIVIL ACTION |
| ) | FILE NO.: 12-CV-3503 |
| **Dexter MABRY**       ) | |
| ) | |
| **Defendant.**       ) | |
| _____) | |

**ORDER**

Defendant's **Motion for Extension of Pretrial Order** having been read and considered, and the Court having considered the full record and all submissions and arguments of counsel, and it appearing that the Defendant will be unduly prejudice by proceeding with this action in this Court.

**IT IS HEREBY ORDERED** that Defendant's **Motion for Extension of Pretrial Order** is granted and Counsel for the Defendant is allotted ten (10) days by which to file the **Pretrial Order**. If the Defendant fails to file the aforementioned **Pretrial Order** within the allotted ten (10) day period, this action shall automatically stand dismissed with prejudice.

SO ORDERED this _____ day of September, 2015.

_____
THE HONORABLE WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA