IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT KOPPERUD,

        Plaintiff,

v.                                       1:12-cv-3503-WSD

DEXTER MABRY,

        Defendant.

**OPINION AND ORDER**

    This matter is before the Court on Plaintiff's Consent Motion to Move the Trial Date to the Spring Calendar [140].

    This matter is set for trial on November 30, 2015. Plaintiff seeks to be relieved of this trial date based principally on two personal issues affecting Plaintiff's, and his counsel's, availability. The Court has reviewed Plaintiff's motion and the reasons for the requested continuance. The Court also has reviewed its schedule in the first quarter of 2016. Finding the basis for the requested continuance to be reasonable and that Defendant consents to the continuance, the Court removes this matter from its November 30, 2015, trial setting.

The request to reschedule the trial to April 2016, or later, is not consistent with the Court's obligation in other cases and it is not reasonable to delay the trial of this matter for six (6) months. In light of the Court's trial and hearing schedule in the first few months of 2016, the Court determines that this case be set for trial on February 16, 2016. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Consent Motion to Move the Trial Date to the Spring Calendar [140] is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** by the removal of this matter from the Court's November 30, 2015, trial setting. It is **DENIED** to the extent the motion requests a trial date during the April to June 2016 period. This matter is now set for trial on February 16, 2016. The Pretrial Conference is now set for February 10, 2016.

**SO ORDERED** this 16th day of November, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE